NO. 12-08-00358-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




SOUTHERN STAR, 

A DIVISION OF SSMG CORPORATION,
§
 APPEAL FROM THE 294TH

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


LORI K. SHAW,

APPELLEE
§
 VAN ZANDT COUNTY, TEXAS






MEMORANDUM OPINION


PER CURIAM


 Southern Star has filed a motion to dismiss this appeal. In its motion, Southern Star states
that it no longer wishes to pursue the appeal. Because Southern Star has met the requirements of
Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is dismissed. 
Opinion delivered September 24, 2008.

Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.















(PUBLISH)